IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN JAAKKOLA ,

    Plaintiff,

v.

CITY OF WAKEFIELD, MI,

    Defendant.

ORDER

Case No. 14-cv-588-jdp

    Plaintiff John Jaakkola has filed a proposed civil complaint. Plaintiff asks for leave to proceed *in forma pauperis* and has supported his request with an April 10, 2014 statement from the Social Security Administration detailing his monthly benefits. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

    In this case, plaintiff receives $837 a month in social security benefits or $10,044 annually. Plaintiff has no other income or assets. Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff John Jaakkola for leave to proceed without prepayment of fees (Dkt. # 3) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 29th day of August, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge