IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN JAAKKOLA,

                                          JUDGMENT IN A CIVIL CASE

        Plaintiff,

                                          14-cv-588-jdp

v.

CITY OF WAKEFIELD, MI,

        Defendant.

        This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff John Jaakola's failure to state a claim upon which relief may be granted.

        /s/                                          7/21/2016

Peter Oppeneer, Clerk of Court                         Date